# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10103-STA |
| EDDIE MATTHEWS, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on March 19, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Eddie Matthews, appearing in person, and with counsel, Michael Weinman.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1s, 3s, 4s, 11s, 12s of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 25, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of March, 2019.

              s/ S. Thomas Anderson
              CHIEF JUDGE, U. S. DISTRICT COURT